UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATI'S,<br><br>　　　　　　　　　　Defendant. | Case No.: 18-CV-0170 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 6]** |

　　Parties have filed a joint motion to dismiss with prejudice. [Doc. 6.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs. The clerk is directed to close the case.

　　**IT IS SO ORDERED.**

Dated: April 18, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1